UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
	Plaintiff

	v.

Case No. 11-cr-73-01-SM

Kelley Hardy,
	Defendant

O R D E R

Defendant Hardy's motion to continue the final pretrial conference and trial for sixty days is granted (document no. 14). Trial has been rescheduled for the month of February 2012. Defendant Hardy shall file a waiver of speedy trial rights not later than November 28, 2011. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for February 10, 2012 at 2:00 p.m.

Jury selection will take place on February 22, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

November 22, 2011

cc: Donald A. Kennedy, Esq.
    Robert J. Veiga, AUSA
    U.S. Marshal
    U.S. Probation