UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

      v.                        Case No. 11-cr-73-01-SM

Kelley Hardy,
    Defendant

O R D E R

Defendant Hardy's Assented-to Motion to Continue the final pretrial conference and trial for thirty days is granted (document no. 20). Trial has been rescheduled for the month of April 2012. Defendant Hardy shall file a waiver of speedy trial rights not later than March 19, 2012. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing is scheduled for March 29, 2012 at 10:00 a.m.

Final Pretrial Conference, if necessary, is rescheduled for April 6, 2012 at 9:30 a.m.

Jury selection, if necessary, will take place on April 17, 2012 at 9:30 a.m.

SO ORDERED.

                                                      Steven J. McAuliffe
                                                      U.S. District Judge

March 12, 2012

cc:    Donald A. Kennedy, Esq.
       Robert J. Veiga, AUSA
       U.S. Marshal
       U.S. Probation